UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:25-cr-00126 |
| Plaintiff, | ) | JUDGE DAVID A. RUIZ |
| vs. | ) | ORDER ACCEPTING PLEA AGREEMENT, JUDGMENT AND REFERRAL TO U.S. PROBATION OFFICE |
| JEREMY KOSTIV, | ) | |
| Defendant. | ) | |

This case is before the Court on a Report and Recommendation (R&R) filed by United States Magistrate Judge Reuben J. Sheperd regarding the change of plea hearing of Jeremy Kostiv which was referred to the Magistrate Judge with the consent of the parties.

On March 21, 2025, the Government filed a one count Information, charging Defendant Jeremy Kostiv in Count 1, with Distribution of Controlled Substances, in violation of Title 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).  Defendant Jeremy Kostiv was arraigned on April 21, 2025, and Magistrate Judge Reuben J. Sheperd received Defendant Jeremy Kostiv's plea of guilty to Count 1 of the Information, with plea agreement, and issued the R&R, recommending that Defendant's guilty plea be accepted and finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant Jeremy Kostiv is found to be competent to enter a plea and to understand his constitutional rights.  He is aware of the charges and of the consequences of entering a plea.  There is an adequate factual basis for the plea. The Court finds Defendant entered the guilty plea knowingly, intelligently, and voluntarily.  The plea agreement is approved.

Therefore, Defendant Jeremy Kostiv is adjudged guilty of Count 1 of the Information with Distribution of Controlled Substances, in violation of Title 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).  This matter was referred to U.S. Pretrial Services and Probation Office for the completion of a pre-sentence investigation and report.  Sentencing will take place as scheduled on the docket.

    IT IS SO ORDERED.

    _s/David A. Ruiz_    8/14/2025
DAVID A. RUIZ
UNITED STATES DISTRICT JUDGE